NDFL Prob 35  
(1/92)

Report and Order Terminating Probation/  
Supervised Release  
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V

Crim. No. 3:99CR00042-001/RV

THOMAS WILLIAM LARNEARD, Jr.

On April 6, 2004, the above named was placed on Supervised Release for a period of four years. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that THOMAS WILLIAM LARNEARD, Jr. be discharged from Supervised Release.

Respectfully submitted,

Brian S. Davis  
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in these cases be terminated.

Date this 19th day of Oct, 2006.

Honorable Roger Vinson  
Senior United States District Judge

OFFICE OF CLERK  
U.S. DISTRICT CT  
NORTH DIST. FLA.  
PENSACOLA, FLA.  
2006 OCT 19 PM 3:29

FILED